UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAWN MARIE BALL,** | : | Civil No. 1:11-CV-877 |
| **Plaintiff** | : | |
| | : | **(Chief Judge Kane)** |
| **v.** | : | |
| | : | **(Magistrate Judge Carlson)** |
| **LT. SISLEY, et al.,** | : | |
| **Defendants** | : | |

## ORDER

**THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:**

On October 11, 2011, Magistrate Judge Carlson filed a Report and Recommendation in which he recommended that Plaintiff Dawn Marie Ball's complaint (Doc. No. 1) be dismissed without prejudice to Plaintiff endeavoring to correct the defects outlined in the Report and Recommendation. (Doc. No. 16.) On November 4, 2011, Plaintiff filed a motion for extension of time to file an amended complaint (Doc. No. 24), which Magistrate Judge Carlson granted in part, on November 17, 2011 (Doc. No. 26). Plaintiff filed an amended complaint on December 2, 2011. (Doc. No. 28.)

**AND NOW**, on this 21st day of December 2011, **IT IS HEREBY ORDERED THAT** upon a de novo review of Magistrate Judge Carlson's October 11, 2011 Report and Recommendation (Doc. No. 16), the Report and Recommendation (Doc. No. 16) is **ADOPTED**, Plaintiff Dawn Ball's motion for leave to proceed in forma pauperis (Doc. No. 2) is **GRANTED**, and pursuant to 28 U.S.C. § 1915A the complaint (Doc. No. 1) is **DISMISSED WITHOUT**

**PREJUDICE**.  The Court refers Plaintiff's amended complaint to Magistrate Judge Carlson for his review.

S/ Yvette Kane
Yvette Kane, Chief Judge
United States District Court
Middle District of Pennsylvania
